**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**MEDFUSIONRX LLC**                                                           **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:12CV-567-DPJ-FKB**

**AETNA LIFE INSURANCE COMPANY
a/k/a AETNA, INC., et al.**                                                **DEFENDANTS**

**ORDER GRANTING DEFENDANT'S
<u>MOTION TO PLACE EXHIBITS UNDER SEAL</u>**

THIS MATTER has been brought before the Court upon the motion of Defendant

CAREMARK RX, L.L.C. for entry of an Order pursuant to L.U.Civ.R. 79(e) sealing the following

documents submitted in support of Defendants' Response in Opposition to Plaintiff's Request for

Temporary Injunction:

.The Caremark Provider Agreement executed by Plaintiffs.

1.       The 2011 Caremark Provider Manual.

and the Court having considered the moving papers and any opposition filed thereto; and for

good cause shown;

ORDERED that the documents identified above, included as Exhibits A and B to the

Declaration of Lisa K. Lindsey be and remain SEALED in accordance with and pursuant to the

provisions of L.U.Civ.R. 79(e).

**SO ORDERED AND ADJUDGED** this the 30th day of August, 2012.

                              s/ *Daniel P. Jordan III*
                              UNITED STATES DISTRICT JUDGE

Submitted by:

s/Stephen T. Masley
Stephen T. Masley (MSB #101870)
McGLINCHEY STAFFORD, PLLC
One of the Attorneys for the Defendant